The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD HURRLE, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>REAL TIME RESOLUTIONS, INC.,<br><br>　　　　　　Defendant. | No. 3:13-cv-05765-BHS<br><br>DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO STAY [DKT. 14] |

Defendant Real Time Resolutions, Inc. submits this Notice of Supplemental Authority in Support of Motion to Stay [Dkt. 14]. Since the completion of briefing on Real Time's Motion to Stay, the following case has come to Real Time's attention, dismissing on summary judgment plaintiff's Telephone Consumer Protection Act claim where the dialing system lacked the present (as opposed to theoretical) capacity to randomly or sequentially generate numbers to be dialed: *Gragg v. Orange Cab, Co.*, --- F.Supp.2d ----, 2014 WL 494862, *2 (W.D. Wash. Feb. 7, 2014) ("The Court will therefore determine the TaxiMagic program's status under the TCPA based on the system's **present,** not **potential,** capacity to store, produce, or call randomly or sequentially generated telephone numbers.") (emphasis original).

NOTICE OF SUPP. AUTHORITY
(3:13-cv-05765-BHS) — 1
DWT 23524752v1 0099035-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1  Dated this 12th day of February, 2014.

2                                    DAVIS WRIGHT TREMAINE LLP
                                     Attorneys for Defendant
3

4
                                     By:  s/*Kenneth E. Payson*
5                                         Kenneth E. Payson, WSBA #26369
                                          Rebecca Francis, WSBA #41196
6                                         1201 Third Avenue, Suite 2200
                                          Seattle, Washington  98101-3045
7                                         Telephone: (206) 622-3150
                                          Fax: (206) 757-7700
8                                         E-mail:  kenpayson@dwt.com
9                                                  rebeccafrancis@dwt.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF SUPP. AUTHORITY                              Davis Wright Tremaine LLP
(3:13-cv-05765-BHS) — 2                                       LAW OFFICES
DWT 23524752v1 0099035-000001                                  Suite 2200
                                                            1201 Third Avenue
                                                          Seattle, WA  98101-3045
                                              206.622.3150 main · 206.757.7700 fax

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Beth E. Terrell:        bterrell@tmdwlaw.com
Michael Daudt:      mdaudt@tmdwlaw.com
Justin Baxter:         justin@baxterlaw.com
Alexander Burke:   aburke@burkelawllc.com

DATED this 12th day of February, 2014.

s/*Kenneth E. Payson*
Kenneth E. Payson, WSBA #26369
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: kenpayson@dwt.com

NOTICE OF SUPP. AUTHORITY
(3:13-cv-05765-BHS) — 3
DWT 23524752v1 0099035-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax