The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD HURRLE, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>REAL TIME RESOLUTIONS, INC.,<br><br>                Defendant. | No. C13-05765BHS<br><br>STIPULATED DISMISSAL |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their attorneys of record, hereby stipulate to dismissal of Plaintiff's individual claims in this action with prejudice, and dismissal of the putative class claims without prejudice, with each party to bear its own costs and fees.

STIPULATED DISMISSAL
(C13-05765BHS) — 1
DWT 30673507v1 0099035-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

Stipulated and respectfully submitted this 29th day of December, 2016, by:

    DAVIS WRIGHT TREMAINE LLP
    Attorneys for Defendant


    By:   s/*Kenneth E. Payson*
    Kenneth E. Payson, WSBA #26369
    Jaime Drozd Allen, WSBA #35742
    Brooke E. Howlett WSBA #47899
    1201 Third Avenue, Suite 2200
    Seattle, Washington  98101-3045
    Telephone: (206) 622-3150
    Fax: (206) 757-7700
    E-mail: kenpayson@dwt.com
          jaimeallen@dwt.com
          brookehowlett@dwt.com

    TERRELL MARSHALL LAW GROUP PLLC
    Attorneys for Plaintiff

    By:   s/*Jennifer Rust Murray*
    Beth E. Terrell, WSBA #26759
    Jennifer Rust Murray, WSBA #36983
    936 North 34th Street, Suite 300
    Seattle, Washington  98103
    Telephone: (206) 816-6603
    Fax: (206) 350-3528
    E-mail: bterrell@terrellmarshall.com
          jmurray@terrellmarshall.com

    BAXTER & BAXTER, LLP
    Justin M. Baxter, WSBA #39182
    8835 SW Canyon Lane, Suite 130
    Portland, Oregon 97225
    Telephone: (503) 297-9031
    Fax: (503) 291-9172
    E-mail: justin@baxterlaw.com

    BURKE LAW OFFICES, LLC
    Alexander H. Burke (admitted pro hac vice)
    155 North Michigan Avenue, Suite 9020
    Chicago, Illinois 60601
    Telephone: (312) 729-5288
    Fax: (312) 729-5289
    E-mail: aburke@burkelawllc.com

STIPULATED DISMISSAL
(C13-05765BHS) — 2
DWT 30673507v1 0099035-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

<u>CERTIFICATE OF SERVICE</u>

I, Jennifer Rust Murray, hereby certify that on December 29, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Kenneth E. Payson, WSBA #26369
> Email:  kenpayson@dwt.com
> Jaime Drozd Allen, WSBA #35742
> Email:  jaimeallen@dwt.com
> Brooke E. Howlett, WSBA #47899
> Email:  brookehowlett@dwt.com
> DAVIS WRIGHT TREMAINE LLP
> 1201 Third Avenue, Suite 2200
> Seattle, Washington 98101-3045
> Telephone: (206) 622-3150
> Facsimile: (206) 757-7700

*Attorney for Defendant*

DATED this 29th day of December, 2016.

> TERRELL MARSHALL LAW GROUP PLLC
>
> By:   /s/ Jennifer Rust Murray, WSBA #36983
> Jennifer Rust Murray, WSBA #36983
> Email: jmurray@terrellmarshall.com
> 936 North 34th Street, Suite 300
> Seattle, Washington  98103
> Telephone:  (206) 816-6603
> Facsimile:  (206) 319-5450

*Attorney for Plaintiff*

STIPULATED DISMISSAL
(C13-05765BHS) — 3
DWT 30673507v1 0099035-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax